**STEPHEN P. DEWEY, ESQ.**
Attorney at Law
PO Box 2511
Briarcliff Manor NY 10510-2511
Tele: (914) 923-6401
Fax: (914) 923-6403
Fax not for service of process

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 10 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

August 6, 2015

HON. RUSSELL G. VINEYARD, MAGISTRATE JUDGE
RICHARD B. RUSSELL FEDERAL BUILDING & COURTHOUSE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
75 SPRING ST SW
2211 U.S. COURTHOUSE
ATLANTA GA 30303-3361

RE: **WRIGHT v. DEWEY**: Case #: 1:14-CV-4059

Our File #: 18527

Dear Judge Vineyard:

We are pleased to inform the Court that a potential settlement may be reached.

Parties have consented to adjourn Defendant's opposition to the recently submitted Motion for Partial Summary Judgment for an additional thirty (30) days. Plaintiff's Reply, if any, is adjourned accordingly.

Thanking you for your cooperation and assistance relative to the above matter, I am

Very truly yours,

STEPHEN P. DEWEY, ESQ.

cc:
JENNY DeFRANCISCO, ESQ.
LEMBERG & ASSOCIATES
1100 SUMMER ST
STAMFORD CT 06905-5534

L440